RECEIPT NUMBER
37921

10 pgs

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JUDGE : Edmunds, Nancy G.
DECK : S. Division Civil Deck
DATE : 07/14/2005 @ 12:07:26
CASE NUMBER : 2:05CV72769
CMP CARL BURGESS V. BASF CORP
(DA) SI

CARL BURGESS

    Plaintifff,

-vs-

BASF CORPORATION

MAGISTRATE JUDGE MORGAN

    Defendant,

_____/

HUIZENGA & HERGT, P.C.
By: John P. Hergt P31332
Attorneys for Plaintiff
1415 Penobscot Building
Detroit, MI 48226
(313) 963-4200
_____/

## COMPLAINT AND JURY DEMAND

NOW COMES, the Plaintiff, Carl Burgess, by and through his attorneys, HUIZENGA & HERGT, P.C., and for his Complaint against the, Defendant, BASF Corporation states as follows:

### GENERAL ALLEGATIONS

1. Plaintiff, Carl Burgess, resides in the City of Detroit, and is domiciled in and a citizen of the State of Michigan.

2. Defendant, BASF Corporation, is a corporation organized and existing under the laws of the State of Delaware having its principal place of business in the State of New Jersey or a State other than Michigan.

3. This Court's diversity of citizenship jurisdiction is invoked pursuant to 28 U.S.C.A. § 1332(a)(1) as the plaintiff and the defendant in this action are citizens of different states.

4. This is a civil action between citizens of different States where the matter in controversy exceeds the sum of $75,000.00 exclusive of interest, and costs.

5. This Court's federal question jurisdiction is invoked pursuant to 28 U.S.C.A. § 1331 as Count I of this action arises out of the Family and Medical Leave Act ("FMLA") 29 U.S.C.A. § 2601 *et seq.*

6. Defendant is and was at all times materially relevant hereto an "Employer" as that term is defined in Section 2611(4)(A) of the FMLA.

7. Count II of this action is brought pursuant to the Elliott-Larsen Civil Rights Act ("ELCRA") M.C.L. 37. 2101 *et seq.*

## COUNT I

8. For Count One of his Complaint plaintiff incorporates paragraphs one (1) through (7) of his complaint as though fully stated here.

9. Plaintiff commenced his employment with the Defendant in on or about December 5, 1977 as a Business Development Manager and was last employed by the defendant at its Livonia, Michigan office as a Technical Service Representative II.

10. One April 21, 2003 plaintiff was placed on Medical Leave by the defendant and on April 25, 2003 underwent double by-pass heart surgery which disabled him from his employment.

11. On July 21, 2003 plaintiff returned to work from his leave but was not returned to his position but placed in a newly created job, stripped of his accounts, and given insignificant assignments on an ad hoc basis, and his performance was unfairly criticized.

12. On November 11, 2003 plaintiff notified the defendant of a violation of the Family Medical Leave Act by contacting the defendant's Corporate Compliance Hot Line and complaining that he had not been placed back in his position or an equivalent position

and that his job performance had been unfairly criticized by his Supervisor, Steven Hicks, following his return from leave.

13. On November 20, 2003 plaintiff's supervisor, Steven Hicks, placed the plaintiff on a Performance Improvement Plan for a 90 day period and terminated his employment.

14. By reason of the acts herein alleged defendant in violation of his FMLA rights, and failed to reinstate him to his former position or an equivalent position in violation of the Family Medical Leave Act. 29 U.S.C.A. § 2601 *et seq.*

15. By reason of the acts herein alleged defendant retaliated against the plaintiff for exercising his rights under the FMLA and complaining that his rights had been violated as prohibited by the Family Medical Leave Act. 29 U.S.C.A. § 2601 *et seq.*

16. Defendant refused to return the plaintiff to an equivalent position, unfairly down graded his performance and terminated plaintiff's employment with knowledge of the requirements of the FMLA or in reckless indifference to those requirements.

17. As a direct and proximate result of the acts herein alleged plaintiff has sustained and will continue to sustain into the future wage and benefit losses and the loss of his employment.

WHEREFORE, the Plaintiff, Carl Burgess, requests this Court enter judgment in his favor and against the Defendant is such an amount in excess of Seventy Five Thousand Dollars ($75,000.00) as he shall be found entitled to compensated him for his past, present, and future wage and benefits losses together with costs, interest, attorney fees and liquidated damages.

WHEREFORE, the Plaintiff further requests such other legal and equitable relief as is just and proper including but not limited to reinstatement if feasible.

## COUNT TWO

18. For Count II of his complaint plaintiff incorporates paragraphs one (1) through seven (7) of the General Allegations and paragraph nine (9) of Count I as though fully stated here.

19. Plaintiff performed his duties as Technical Service Representative II in a manner that met his employers business expectations having received a performance evaluation rating his performance in March of 2003 as meeting expectations.

20. That following the plaintiff's placement on leave his primary account was given to a younger individual who was less qualified to perform the duties of the position than plaintiff who was born January 27, 1953 and was fifty years of age.

21. That following the plaintiff's termination he was replaced by a younger individual the defendant had sought to place in his position.

22. Plaintiff's age was a determining factor in the defendant's decision to remove plaintiff from his position and terminate his employment.

23. By reason of the acts herein alleged defendant discriminated against the plaintiff because of his age in violation of the Elliott-Larsen Civil Rights Act, M.C.L. 37.2101 *et seq.*

24. As a direct and proximate result of the acts herein alleged plaintiff has sustained and will continue to sustain into the future wage and benefit losses and has suffered emotional distress.

WHEREFORE, the Plaintiff, Carl Burgess, requests this Court enter judgment in his favor and against the Defendant is such an amount in excess of Seventy Five Thousand Dollars ($75,000.00) as he shall be found entitled to compensated him for his past, present, and future wage and benefits losses, and the emotional distress he has suffered together with costs, interest, attorney fees.

WHEREFORE, the Plaintiff further requests such other legal and equitable relief as is just and proper including but not limited to reinstatement if feasible.

HUIZENGA & HERGT P.C.

By: _____
John P. Hergt (P31332)

Dated: July 13, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

```
JUDGE : Edmunds, Nancy G.
DECK  : S. Division Civil Deck
DATE  : 07/14/2005 @ 12:07:26
CASE NUMBER : 2:05CV72769
CMP CARL BURGESS V. BASF CORP
(DA) SI
```

CARL BURGESS

      Plaintifff,

-vs-

**MAGISTRATE JUDGE MORGAN**

BASF CORPORATION

      Defendant,

_____/

HUIZENGA & HERGT, P.C.
By: John P. Hergt P31332
Attorneys for Plaintiff
1415 Penobscot Building
Detroit, MI 48226
(313) 963-4200
_____/

### JURY DEMAND

Plaintiff, Carl Burgess, through his attorneys Huizenga & Hergt P.C. hereby demands a Trial by Jury of all his causes of action in this case.

                              HUIZENGA & HERGT P.C.

                              By: _____
                                   John P. Hergt (P31332)

Dated: July 13, 2005

# CIVIL COVER SHEET

JS 44 11/99 — COUNTY IN WHICH THIS ACTION AROSE: **WAYNE**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

## I. (a) PLAINTIFFS
CARL BURGESS

## DEFENDANTS
BASF CORPORATION

**05-72769**

(b) County of Residence of First Listed: **WAYNE**

County of Residence of First Listed: **WAYNE**

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number):
John Hergt: Huizenga & Hergt P.C. 1415 Penobscot Blg.
Detroit, Michigan 48226
(313) 963-4200

Attorneys (If Known): **NANCY G. EDMUNDS**

**MAGISTRATE JUDGE MORGAN**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PLA | DEF | | PLA | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal of Business in Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment and Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability

**TORTS — PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault Libel And Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- 362 Personal Injury - Med. Malpractice
- 365 Personal Injury - Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**CIVIL RIGHTS**
- 441 Voting
- 442 Employment
- 443 Housing/ Accommodations
- 444 Welfare
- 440 Other Civil Rights

**PRISONER PETITIONS**
- 510 Motions to Vacate Sentence Habeas Corpus:
- 530 General
- 535 Death Penalty
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition

**FORFEITURE/PENALTY**
- 610 Agriculture
- 620 Other Food & Drug
- 625 Drug Related Seizure of Property 21. 881
- 630 Liquor Laws
- 640 R.R. & Truck
- 650 Airline Regs.
- 660 Occupational Safety/Health
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- 730 Labor/Mgmt. Reporting & Disclosure Act
- 740 Railway Labor Act
- 790 Other Labor Litigation
- 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 840 Trademark

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS-Third Party 26 USC 7609

**OTHER STATUTES**
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce/ICC
- 460 Deportation
- 470 Racketeer Influenced & Corrupt Organizations
- 810 Selective Service
- 850 Securities/Commodities/ Exchange
- 875 Customer Challenge 12 USC 3410
- 891 Agricultural Acts
- 892 Economic Stabilization Act
- 893 Environmental Matters
- 894 Energy Allocation Act
- 895 Freedom of Information Act
- 900 Appeal of Fee Determination Under Equal Access to Justice
- 950 Constitutionality of State Statutes
- 890 Other Statutory Actions

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multi district Litigation
- [ ] 7 Appeal to District Judge from Magistrate

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C.A. 1331 and 28 U.S.C.A. 1332(a)(1)

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- $DEMAND:
- CHECK YES only if demanded in complaint: JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE:
DOCKET NUMBER:

DATE: 7/14/05

SIGNATURE OF ATTORNEY OF RECORD: (P-31332)

## PURSUANT TO LOCAL RULE 83.11

1.     Is this a case that has been previously dismissed?    ☐ Yes    ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2.     Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)    ☐ Yes    ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

   Notes : _____