UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL BURGESS,

    Plaintiff,

v.

BASF CORPORATION,

    Defendant.
_____/

Case No. 05-72769

Honorable Nancy G. Edmunds

**VERDICT FORM**

**FILED**

NOV 13 2006

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

We, the jury, make the following answers to the questions submitted by the Court:

1. Do you find that BASF discharged Mr. Burgess because he exercised his rights under the FMLA?

    Yes _____

    No ___✓_____

If you answered "yes" to question number 1, please answer question number 2. If you answered "no" to question number 1, skip question number 2 and have the foreperson sign and date this verdict form below.

2. Do you find that Mr. Burgess suffered damages?

    Yes _____

    No _____

If yes, in what amount?

    Back pay              $_____

    Front pay             $_____

    Total Damages      $_____

Please have the foreperson sign and date the verdict form in the space provided.

_____
Foreperson

Date: November 13, 2006.