UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


CARL BURGESS,

       Plaintiff,

    V.                              CASE NO. 05-72769
                                        HON. NANCY G. EDMUNDS


BASF CORPORATION,

       Defendant.

                                  /


<u>JUDGMENT ON JURY VERDICT</u>


      This action came on for trial before the Court and a jury. Honorable Nancy G.

Edmunds, District Judge, presiding, and the issues having been duly tried and the jury

having duly rendered its verdict.

      IT IS ORDERED AND ADJUDGED that Plaintiff Carl Burgess recover nothing on

his remaining claims and the judgment be entered in favor of the Defendant BASF

Corporation.

                              s/Nancy G. Edmunds
                              Nancy G. Edmunds
                              United States District Judge

Dated:  November 16, 2006

I hereby certify that a copy of the foregoing document was served upon the parties and/or
counsel of record on November 16, 2006, by electronic and/or ordinary mail.

                              s/Carol A. Hemeyer
                              Case Manager